Case 1:25-cv-01673-ALC    Document 15    Filed 07/23/25    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/23/2025

MEMO ENDORSED



www.pbwt.com

July 23, 2025

Anthony J. Wong
(212) 336-2200
awong@pbwt.com

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Medyantseva v. Commissioner of Social Security 1:25-cv-01673*

Dear Judge Carter:

We are *pro bono* counsel to Plaintiff Anna Medyantseva in the above captioned matter. Plaintiff appeared *pro se* in this matter to file a Complaint on February 25, 2025 (Dkt. No. 1).

After filing of the complaint, New York County Lawyers Association referred Plaintiff's case to our firm. My colleague John Winter and I filed our notices of appearances on July 21, 2025. Plaintiff's brief is currently due on August 4, 2025. In order to review the facts of the case and prepare for filing of Plaintiff's Brief, we respectfully request an extension of this deadline until October 6, 2025. This is the second request for an extension. Ms. Medyantseva previously requested an extension to obtain *pro bono* counsel on June 4, 2025, the request was granted the following day. We have conferred with opposing counsel who consents to the extension.

The revised briefing schedule, to which both parties consent, would be as follows: Plaintiff's Brief due on October 6, 2025, and Defendant's Brief due on December 2, 2025.

Respectfully yours,

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 23, 2025
New York, NY

Anthony J. Wong

Cc:   All Counsel (by ECF)

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222