MEMO ENDORSED

 **Patterson Belknap**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/25/25

**www.pbwt.com**

Anthony J. Wong
(212) 336-2200
awong@pbwt.com

November 24, 2025

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

### *Re: Medyantseva v. Commissioner of Social Security 1:25-cv-01673*

Dear Judge Carter:

We are writing to request an extension on the deadline for Plaintiff Anna Medyantseva ("Plaintiff")'s Brief currently due on December 5, 2025. This is the fourth request for an extension. Plaintiff previously requested an extension to obtain *pro bono* counsel on June 4, 2025, the request was granted the following day. Counsel in this matter appeared on July 21, 2025. Counsel requested extensions on July 23, 2025 and September 29, 2025, which this Court granted. We are writing to request an additional extension as we continue to review and obtain materials relating to Ms. Medyantseva's treatment and prepare Plaintiff's Brief for filing. We have conferred with opposing counsel who consents to the extension.

The revised briefing schedule, to which both parties consent, would be as follows: Plaintiff's Brief due on February 3, 2026, and Defendant's Brief due on April 3, 2026.

Respectfully yours,

Anthony J. Wong

Cc:    All Counsel (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 25, 2025
New York, NY

---

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222